**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Nos. 97-834T and 97-835T**

| | | |
|---|---|---|
| **LaROSA'S INTERNATIONAL FUEL COMPANY, INC.** Plaintiff | * | |
| -and- | * | Tax Refund Suit |
| **JOSEPH LaROSA** Plaintiff | * | |
| v. | * | |
| **THE UNITED STATES** Defendant | * | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, LaRosa International Fuel Co. Inc. and Joseph LaRosa hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order of April 3, 2003 denying the Plaintiff's Motion for Summary Judgment to recover interest on funds held by the Internal Revenue Service.

Respectfully submitted,

/s/ *Thomas F. DeCaro, Jr*

Thomas F. DeCaro, Jr.
Attorney for
14406 Old Mill Rd. #201
Upper Marlboro, MD 20772

301-464-1400

**CERTIFICATE OF SERVICE**

I, Thomas F. DeCaro, Jr. do hereby certify that on November 3, 2006, I did mail, postage prepaid, a copy of the aforegoing Notice of Appeal to:

David R. House
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Room 8804
555 - Fourth St. NW
Washington, DC 20001

______________________________
Thomas F. DeCaro, Jr.